UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 17, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RODRIGO ELIZALDE CAMACHO, ) <br> ) <br> Defendant. ) | Case No. 2:20-CR-00052-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RODRIGO ELIZALDE CAMACHO</u>, Case No. <u>2:20-CR-00052-JAM</u>, Charge <u>21 USC § 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  ✔   Bail Posted in the Sum of $ <u>25,000.00</u>

    ✔   Unsecured Appearance Bond

    ✔   (Other)   <u>To be release to his attorney, or other representative of the Federal Defender's Office, at 9:00 AM on 3/18/2020 under Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 17, 2020</u> at <u>2:50</u> pm..

By _____
Deborah Barnes
United States Magistrate Judge