McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00052-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RODRIGO ELIZALDE CAMACHO, | DATE: October 6, 2020 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On July 14, 2020, counsel appeared for a status conference. Defendant did not appear and the court issued a bench warrant for Defendant to appear before the duty magistrate judge upon arrest. The Court set a further status conference for October 6, 2020, and excluded time under Local Code M, due to the unavailability of the Defendant. *See* ECF No. 14.

2. Since then, the United States has learned that Defendant has been in custody in Mexico since late July, 2020, on charges related to a homicide.

3. By this stipulation, the parties now move to continue the status conference until April 27, 2021, and to exclude time between October 6, 2020, and April 27, 2021, under 18 U.S.C. § 3161(h)(3)(A) & (B) [Local Code M].

4. The parties agree and stipulate, and request that the Court find the following:

a) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 6, 2020 to April 27, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(3)(A) & (B) [Local Code M], due to the unavailability of the Defendant.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 1, 2020                    McGREGOR W. SCOTT
                                          United States Attorney


                                          /s/ DAVID W. SPENCER
                                          DAVID W. SPENCER
                                          Assistant United States Attorney


Dated: October 1, 2020                    /s/ Lexi Negin
                                          Lexi Negin
                                          Counsel for Defendant
                                          RODRIGO ELIZALDE
                                          CAMACHO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of October, 2020

                                          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE