PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGO ELIZALDE CAMACHO,<br><br>Defendant. | CASE NO. 2:20-CR-00052-JAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE; ORDER<br><br>DATE: April 27, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On July 14, 2020, counsel appeared for a status conference. Defendant did not appear and the court issued a bench warrant for Defendant to appear before the duty magistrate judge upon arrest. The Court set a further status conference for October 6, 2020, and excluded time under Local Code M, due to the unavailability of the Defendant. *See* ECF No. 14.

2. Since then, the United States has learned that Defendant has been in custody in Mexico since late July, 2020, on charges related to a homicide.

3. On October 2, 2020, the Court continued the status conference to April 27, 2021, and excluded time under 18 U.S.C. § 3161(h)(3)(A) & (B) [Local Code M], due to the unavailability of the Defendant. *See* ECF No. 17.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

4. The parties agree and stipulate, given that the Defendant remains unavailable, that the April 27, 2021 status conference be vacated. If and when the Defendant is arrested and appears on the outstanding bench warrant, a new status conference date shall be set.

IT IS SO STIPULATED.

Dated: April 23, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: April 23, 2021

/s/ Lexi Negin
Lexi Negin
Counsel for Defendant
RODRIGO ELIZALDE CAMACHO

**ORDER**

The status conference scheduled for April 27, 2021, is hereby VACATED.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE